UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| HARMOND HUMPHRIES, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> KILOLO KIJAKAZI, § <br> Acting Commissioner of Social Security, § <br> Defendant, § | Civil Action No. 1:23-cv-0023-SA-DAS |

### CORRECTED ORDER GRANTING MOTION TO REMAND

Having Considered the Defendant's Unopposed Motion for Remand, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be REVERSED and REMANDED for further action by the Commissioner pursuant to the sentence six of 42 U.S.C. § 405(g).

This the 15th day of May, 2023.

/s/ David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**